Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Linh G. Vuong (State Bar No. 286837)
lgv@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA FORSTER and ELLA CARLINE ARCHIBEQUE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>  vs.<br><br>SONY PICTURES ENTERTAINMENT INC.,<br><br>    Defendant. | Case No. 2:14-cv-09646<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  Plaintiffs Joshua Forster and Ella Carline Archibeque filed their class action complaint on December 17, 2014.  As discussed with the Court at the conference held on February 17, 2015, the parties have agreed that Plaintiffs will pursue their claims as plaintiffs or proposed class members in the first-filed related case, captioned *Corona, et al. v. Sony Pictures Entertainment Inc.*, Case No. 2:14-cv-09600-RGK-SH (C.D. Cal.), which is also pending before this Court.

Accordingly, Plaintiffs voluntarily dismiss this action without prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.  Plaintiffs have conferred with Defendant and Defendant has agreed that Federal Rule of Civil Procedure 41(d) does not apply under the circumstances of this dismissal.

DATED:   March 2, 2015

**GIRARD GIBBS LLP**

/s *Daniel C. Girard*
Daniel C. Girard (SBN 114826)
Linh G. Vuong (SBN 286837)
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846
dcg@girardgibbs.com
lgv@girardgibbs.com

*Attorneys for Plaintiffs*